UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION,

        Plaintiff,

v().

Case No. 24-CV-00393

FOCUS SYSTEMS, LLC,
FOCUS SOLUTIONS, LLC,
NOVO HEALTH TECHNOLOGY GROUP, LLC,
NOVO HEALTH, LLC,
NEW TECHNOLOGY HOLDINGS, LLC,
BRUCE SCHAUMBERG,
JASON LAMINE, and
CURT KUBIAK,

        Defendants.

## STIPULATION TO EXTEND THE DEADLINE FOR FILING A RESPONSIVE PLEADING

**IT IS HEREBY STIPULATED** by and between the undersigned parties, by their respective attorneys, that the defendants, NOVO Health, LLC and Curt Kubiak, have until the end of the day on August 5, 2024, to file a responsive answer to plaintiff's complaint.

**IT IS UNDERSTOOD AND AGREED** by and between the undersigned parties that the defendants, NOVO Health, LLC and Curt Kubiak, will have until the end of the day on August 5, 2024, to file a responsive answer to plaintiff's complaint.

Dated: <u>July 29, 2024</u>　　　　　　**Quarles & Brady, LLP**
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Epic Systems Corporation


　　　　　　　　　　　　　　　By:　*Electronically signed by Matthew J. Duchemin*
　　　　　　　　　　　　　　　　　　Matthew J. Duchemin
　　　　　　　　　　　　　　　　　　State Bar No. 1027594


Dated: <u>July 29, 2024</u>　　　　　　**DAVCZYK & VARLINE, LLC.**
　　　　　　　　　　　　　　　　　　Attorneys for defendants, NOVO Health, LLC and Curt Kubiak

　　　　　　　　　　　　　　　By:　*Electronically signed by Daniel W. Varline*
　　　　　　　　　　　　　　　　　　Daniel W. Varline
　　　　　　　　　　　　　　　　　　State Bar No.:  1024016