UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

    Plaintiff,

v.

FOCUS SYSTEMS, LLC; FOCUS SOLUTIONS, LLC; NOVO HEALTH TECHNOLOGY GROUP, LLC; NOVO HEALTH, LLC; NEW TECHNOLOGY HOLDINGS, LLC; BRUCE SCHAUMBERG; JASON LAMINE; and CURT KUBIAK.

    Defendants.

Case No. 3:24-cv-00393

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Epic Systems Corporation, by its attorneys Quarles & Brady LLP, voluntarily dismisses this matter with prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, with each side bearing its own attorneys' fees and costs.

Dated the 12th day of September, 2024.

*/s/ Matthew J. Duchemin*
Kristin Graham Noel
kristin.noel@quarles.com
Matthew J. Duchemin
matthew.duchemin@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: (608) 251-5000

Nathan J. Oesch
nathan.oesch@quarles.com
Shauna D. Manion
shauna.manion@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel.: (414) 277-5000

*Attorneys for Plaintiff Epic Systems Corporation*

QB\92120124.1